HEARD NOVEMBER TERM, 1873:

BURGE *vs.* WILLIS.

The Court of Common Pleas has concurrent jurisdiction, under the Constitution, in civil cases cognizable before Justices of the Peace.

BEFORE GRAHAM, J., AT CHARLESTON, JULY TERM, 1872.

This was an action by W. T. Burge & Co., against W. W. Willis, to recover $54.58, balance of an account for goods sold and delivered.

The defendant demurred on the ground that it appeared on the face of the complaint that the Court had no jurisdiction of the subject of the action.

His Honor sustained the demurrer, and judgment was entered for the defendant.

The plaintiffs appealed.

*Brewster, Spratt & Burke*, for appellants.

*Smythe*, contra.

April 23, 1874. The opinion of the Court was delivered by

WRIGHT, A. J. The real question in this case is, has the Court of Common Pleas jurisdiction in certain cases which are made cognizable before Justices of the Peace?

The Court of Common Pleas is a Court of general original civil jurisdiction, and has the right to exercise such jurisdiction in all cases, unless expressly taken away.—*State* vs. *Walker*, 14 Rich., 37. Where a Court is vested with general original jurisdiction under the Constitution, it cannot be divested of that jurisdiction by the Legislature establishing another Court with the same or a like jurisdiction.

The jurisdiction of the Court of Common Pleas is defined in Section 15 of Article IV of the Constitution as follows : " The Court of Common Pleas shall have exclusive jurisdiction in all civil cases and actions *ex delicto* which shall not be cognizable before Justices of the Peace, and appellate jurisdiction in all such cases as may be provided by law."

The Court of Common Pleas being a Court of general original jurisdiction in civil cases, and, having exclusive original jurisdiction in certain other cases mentioned, it has concurrent jurisdiction in those cases which are cognizable before Justices of the Peace.

The motion is granted and case remanded.

*Moses*, C. J., and *Willard*, A. J., concurred.